AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

FILED
CLERK, U.S. DISTRICT COURT

7/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: *Valeria Munoz* DEPUTY

| | |
|---|---|
| United States of America<br><br>v.<br><br>MARIA DE JESUS GARCIA,<br><br>Defendant. | Case No.    2:25-MJ-04690-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 25, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/*
*Complainant's signature*

Timothy Rivero, FPS Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    7/27/25

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Charles Eick, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA:  Matthew Tang (x0470)

## AFFIDAVIT

I, Timothy Rivero, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint and arrest warrant against Maria De Jesus Garcia ("GARCIA") for a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. TRAINING AND EXPERIENCE OF SPECIAL AGENT TIMOTHY RIVERO

3.    I am a Senior Special Agent with the Department of Homeland Security – Federal Protective Service ("FPS") and have been so employed since October 2003.  As a Special Agent, my official duties are to investigate crimes against the United States including its properties and employees.  Specifically, I investigate assault and threats on government officials, theft and depredation of government property, impersonation of government officials, arson, prohibited firearm possession on

1

government property, and narcotic-related offenses.  Since 2003,
I have conducted numerous criminal investigations including
assaults on government officials, threats against federal
officials, and depredation of government property.  From 1997 to
2003, I was a uniformed law enforcement officer with FPS.  In
that position, I conducted all matters related to law
enforcement including investigating assaults on federal
officials and contractors.

4.    At the Federal Law Enforcement Training Center
("Academy") in Glynco, Georgia, I received training in a variety
of investigative and legal matters, including the topics of
Fourth Amendment searches, the drafting of search warrant
affidavits, arrest warrant affidavits, criminal complaints, and
probable cause.  The Academy covered all aspects of federal led
investigations, including but not limited to drug
investigations, identification of controlled substances,
physical and electronic surveillance, utilization of
confidential sources, interview techniques, undercover
operations, physical surveillance, constitutional rights, the
execution of search warrants, and working with confidential
sources.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

5.    Based on my review of body worn camera video, video
surveillance, written statements, and conversations with other
law enforcement officers, I am aware of the following:

a.    In the evening of July 25, 2025, a group of
protesters gathered near the parking garage entrance of the

Roybal Federal Building and U.S. Courthouse ("Roybal") which is located at 255 E. Temple St., Los Angeles, CA 90012.

b.    Specifically, the protesters gathered on Alameda Street between Temple Street and Aliso Street and appeared to be protesting federal immigration enforcement operations that have taken place over the past few months.  Various entrances to Roybal clearly indicate that it is a federal building.  For example, the side of the building facing Temple Street bears the words "EDWARD R. ROYBAL FEDERAL BUILDING."

c.    At approximately 10:18 p.m., an FPS inspector saw an individual repeatedly and purposefully striking an electric spotlight mounted atop an electric box located on federal property near Roybal with his right elbow.  This repeated striking caused a cover attached to the top of the spotlight to fall off.  The FPS inspector pointed out this individual to his supervisor.

d.    About one hour later, at approximately 11:30 p.m., United States Customs and Border Protection ("CBP") agents saw the same individual in the crowd of protestors.  They then moved through the crowd to detain this individual for damaging government property in violation of 18 U.S.C. § 1361.

e.    While the CBP agents were in the process of detaining this individual, someone later identified as GARCIA retrieved an object from a bag she was carrying and threw it at the CBP agents in an apparent effort to interfere with their

attempts to detain the individual.  The object struck one of the CBP agents.



        f.    CBP agents then detained GARCIA.  While they were trying to handcuff her, Garcia bit CBP agent A.S. several times, with at least one of the bites penetrating his uniform, breaking his skin, and causing bleeding on his arm near his right elbow. When CBP agent A.S. told GARCIA to "stop biting me," GARCIA yelled back "I'll bite you all you want . . . fuck you!"



g.   GARCIA continued to resist, and spat at nearby law enforcement officers, with some of her spit landing on FPS Inspector A.G.'s right arm.

h.   The following day, on July 26, 2025, at approximately 7:06 a.m., I read GARCIA her Miranda rights. She agreed to waive her Miranda rights and denied throwing any objects at, biting, or spitting on anyone.

### IV. CONCLUSION

6.   For all the reasons described above, there is probable cause to believe that Maria De Jesus Garcia has committed a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 27th day of
July, 2025.

_____
HONORABLE CHARLES EICK
UNITED STATES MAGISTRATE JUDGE